# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1935
_____

JAVIER MEDINA, Former
Husband,

    Appellant,

    v.

KATIE MEDINA, k/n/a Katie
Emerson, Former Wife,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

March 11, 2019

PER CURIAM.

    AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason K. Hutchinson of Hutchinson Law, Jacksonville, for Appellant.

Rachel Rall of Rachel Rall, Attorney at Law, P.A., Jacksonville, for Appellee.